# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | **EDCV 22-1886 MEMF (JEM)** | Date | **March 2, 2023** |
|---|---|---|---|
| Title | **LORENA MICHELLE RENTERIA v KILOLO KIJAKAZI** | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S FAILURE TO FILE PROOF OF SERVICE**

    The Court notes that plaintiff has failed to file the appropriate proof of service establishing that defendant has been served. Plaintiff is directed to the Court's Case Management Order that required service to be completed and proof thereof to be filed within 30 days of that Order.

    Accordingly, the Court ORDERS plaintiff to show cause in writing on or before **March 7, 2023**, why this action should not be dismissed for lack of prosecution. The Order to Show Cause will be submitted upon the filing of plaintiff's response. Plaintiff is advised that failure to file a proof of service or other response to this Order to Show Cause may result in the Court recommending that the case be dismissed for failure to prosecute pursuant to Federal Rules of Civil Procedure, Rules 4(l) and 4(m).

| | : | |
|---|---|---|
| | Initials of Preparer | slo |