# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lorena Michelle Renteria,<br><br>Plaintiff,<br><br>v.<br><br>Martin O'Malley,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 5:22-cv-01886-JC<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SIX THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($6,500.00) as authorized by 28 U.S.C. § 2412 and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C. §1920. be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: December 28, 2023

_____
Hon. Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE